# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jamila Ahmed Sennain, | Case No. 2:20-cv-01869-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew M. Saul, *et al.*, | |
| Defendants. | |

On December 17, 2021, this Court issued its standard scheduling order in Social Security cases. ECF No. 23. This order gave Plaintiff 30 days to file a motion to remand or for reversal. *Id.* at 2. To date, Plaintiff has not filed such a motion. However, Plaintiff has filed a notice indicating that she intends to seek an order "to include how my disability affects me in my day to day life, with exact reference to the administrative record." ECF No. 28 at 1.

If Plaintiff wishes for this case to continue, she must file a motion seeking an extension of the deadline to file a motion to remand. In this motion, she must demonstrate excusable neglect for seeking an extension after her deadline to file the motion to remand or for reversal. *See* LR 26-3. She also must show good cause for the extension (i.e., a good reason why she needs an extension of time). *Id.* Plaintiff must file a motion for an extension of time by March 9, 2022. Failure to comply with this Order will result in her case being dismissed without prejudice.

If the Court grants Plaintiff an extension of time, Plaintiff then must file a motion to remand or for reversal, explaining why her case should be remanded or why she is entitled to

benefits. She must cite to the administrative record and provide legal authority supporting her arguments.[1]

**IT IS THEREFORE ORDERED** that Plaintiff must file a motion for an extension of time to file a motion to remand or for reversal by March 9, 2022. Failure to comply with this Order will result in a dismissal of this case without prejudice.

DATED: February 16, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also notes that Plaintiff recently used unprofessional language in a court filing. *See, e.g.*, ECF No. 27 at 6. The Court admonishes Plaintiff not to use profanity in future filings.